1 | JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
2 | JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3 | One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
4 | Telephone: (510) 238-2961     Fax: (510) 238-6500
cevose@oaklandcityattorney.org
5 | 27572/689433

6 | Attorneys for Defendants
CITY OF OAKLAND, OAKLAND POLICE
7 | DEPARTMENT, and OFFICER YAVICKA TAYLOR

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 |

11 | ESTATE OF BROWNIE POLK by and               Case No.: C 10-02412 EDL
through its successor in interest and
12 | representative MARSHA POLK, BRANDON
POLK, a minor by and through his Guardian    **STIPULATION AND ORDER TO
13 | ad Litem, MARSHA POLK,                       CONTINUE CASE MANAGEMENT
                                             CONFERENCE DATE AND DEADLINE
14 |                                             TO SERVE RULE 26 REPORT AND TO
                    Plaintiffs,               FILE INITIAL CMC STATEMENT
15 |

16 |
CITY OF OAKLAND, THE CITY OF                 **THE HONORABLE ELIZABETH D.
17 | OAKLAND POLICE DEPARTMENT,                   LAPORTE**
YAVICKA TAYLOR, UNKNOWN CITY OF
18 | OAKLAND POLICE OFFICERS; and DOES
1-10, inclusive,
19 |

20 |                    Defendants.

21 |

22 |

23 |         Due to the unavailability of counsel for Defendants, the parties to the above

24 | captioned litigation hereby stipulate, by and through their respective undersigned counsel

25 | of record, to continue the scheduled date for the Initial Case Management Conference

26 | from Tuesday, September 7, 2010, at 10:00 a.m., to Tuesday, October 12, 2010, at 10:00

1 | a.m. or to such other date as the Court shall set. The deadlines to file the Joint Case

2 | Management Statement and to serve the Rule 26 Report are continued from Tuesday,

3 | August 31, 2010 to Tuesday, October 5, 2010 or to such other date or dates as the Court

4 | shall set.

5

6 | Respectfully submitted,

7 | DATED: AUGUST 20, 2010

8 | JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney

9 | JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

10

By: _____/s/_____

11 | Attorneys for Defendants CITY OF OAKLAND, OAKLAND
POLICE DEPARTMENT and YAVICKA TAYLOR

12

13 | DATED: AUGUST 20, 2010

14 | FEDERICO SAYRE, ESQ.

15

By: _____/s/_____

16 | SAYRE & LEVITT, LLP
Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND OTHER DATES                                    C-10-02412 EDL

1

2                                  <u>ORDER</u>

3          Pursuant to the stipulation of the parties and good cause appearing therefore, it is

4    hereby ordered that the date for the Initial Case Management Conference is hereby

5    continued from Tuesday, September 7, 2010, at 10:00 a.m., to Tuesday, October 12,

6    2010, at 10:00 a.m.  The deadlines to file the Joint Case Management Statement and to

7    serve the Rule 26 Report are continued from Tuesday, August 31, 2010 to Tuesday,

8    October 5, 2010.

9

10       **IT IS SO ORDERED.**

11

12   Dated:_____August 23, 2010_____     *Elijah D. Laporte*_____
                                         ELIZABETH D. LAPORTE
13                                       United States District Court Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND OTHER DATES                                        C-10-02412 EDL