1 | JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
2 | JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3 | One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
4 | Telephone: (510) 238-2961   Fax: (510) 238-6500
cevose@oaklandcityattorney.org
5 | 27572/706943

6 | Attorneys for Defendants
CITY OF OAKLAND, OAKLAND POLICE
7 | DEPARTMENT, and OFFICER YAVICKA TAYLOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF BROWNIE POLK by and through its successor in interest and representative MARSHA POLK, BRANDON POLK, a minor by and through his Guardian ad Litem, MARSHA POLK,<br><br>Plaintiffs,<br><br>CITY OF OAKLAND, THE CITY OF OAKLAND POLICE DEPARTMENT, YAVICKA TAYLOR, UNKNOWN CITY OF OAKLAND POLICE OFFICERS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: C 10-02412 EDL<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>**THE HONORABLE ELIZABETH D. LAPORTE** |

Defendants hereby request that the Case Management Conference in this matter, currently scheduled for Tuesday, October 12, 2010, at 10:00 a.m. be vacated in light of the settlement of this matter. Plaintiffs filed a Notice of Settlement on Tuesday, October 5, 2010.

- 2 -

Respectfully submitted,

DATED: OCTOBER 6, 2010

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendants CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT and YAVICKA TAYLOR

## ORDER

Pursuant to the Notice of Settlement filed by Plaintiffs on October 5, 2010, and good cause appearing, the Initial Case Management Conference scheduled for Tuesday, October 12, 2010, at 10:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

Dated: October 7, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States District Court Magistrate Judge