| | |
|---|---|
| 1 | Federico C. Sayre, Esq., SBN 067420 |
| 2 | **SAYRE & LEVITT, LLP**<br>900 N. Broadway, 4th Floor |
| 3 | Santa Ana, California 92701<br>Telephone: (714) 550-9117 |
| 4 | Facsimile: (714) 550 9125 |
| 5 | *Email: sayreesq@sayrelevitt.com* |
| 6 | Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BROWNIE POLK by and through its successor in interest and representative, MARSHA POLK; BRANDON POLK, a minor by and through his Guardian ad Litem, MARSHA POLK, | ) Case No. C 10-02412 EDL<br>)<br>) **STIPULATION FOR DISMISSAL**<br>) **WITHOUT PREJUDICE**<br>)<br>) |
| Plaintiffs, | ) **THE HONORABLE ELIZABETH D.**<br>) **LAPORTE**<br>) |
| vs. | )<br>) |
| THE CITY OF OAKLAND; THE OAKLAND POLICE DEPARTMENT; YAVICKA TAYLOR; UNKNOWN CITY OF OAKLAND POLICE OFFICERS; and DOES 1-10, | ) **Case Management Conference:**<br>) **October 12, 2010**<br>)<br>) **Trial Date: None.**<br>)<br>) |
| Defendants. | )<br>) |

1

Law Offices of:
Sayre & Levitt, LLP

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED that Plaintiffs, by and through their counsel of record, Federico C. Sayre of Sayre & Levitt, LLP, and Defendants, by and through their counsel of record, Charles Vose of the Oakland City Attorney's Office, that the above-entitled matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party will bear its own costs and attorneys' fees.

Dated: January 12, 2011     SAYRE AND LEVITT, LLP


By: /s/ Federico C. Sayre
    Federico C. Sayre
    Attorneys for Plaintiff


Dated: January 12, 2011     JOHN A. RUSSO, City Attorney
                            RANDOLPH W. HALL, Asst. City Attorney
                            JAMES F. HODGKINS, Supervising Trial Attorney
                            CHARLES E. VOSE, Senior Deputy City Attorney


By: /s/ Charles E. Vose
    Attorneys for Defendants CITY OF
    OAKLAND, OAKLAND POLICE
    DEPARTMENT and YAVICKA TAYLOR

Law Offices of: Sayre & Levitt, LLP

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED based on stipulation of the parties and good cause appearing therefore that the above entitled action be dismissed without prejudice.

**IT IS ORDERED.**

DATED: January 13, 2011

_____
ELIZABETH D. LAPORTE
United States District Court Magistrate Judge

Law Offices of:
Sayre & Levitt, LLP

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**